IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EPHRAIM (DOV) GOLDSTEIN, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-21-3124 |
| ALLISA HINDLE, et al., | * | |
| Defendants. | * | |
| | * | |

\*\*\*

## **ORDER**

On November 4, 2021, Plaintiffs Ephraim Goldstein, Ronald Layman, and Earl Morrissey commenced this action against Defendants Allisa and Karl Hindle in State court. (ECF No. 5). The case was later removed to this federal Court. (ECF No. 1). On December 16, 2022, the Court held a teleconference and in the corresponding Order, the Court stated that Allisa Hindle would proceed self-represented but that she was bound by compliance with the Federal and Local Rules. (ECF No. 26). Additionally, pro se litigants are bound with compliance with all Court orders. The Court further stated in the Order that the deadline for both Defendants to respond to the Complaint was February 13, 2023. (Id.).

In compliance with the Court's Order, Karl Hindle moved to dismiss on February 13, 2023. (ECF No. 29). To date, however, the Court has no record that Allisa Hindle has answered. Accordingly, it is this 21st day of February, 2023 hereby:

ORDERED that Plaintiffs file and serve by mail on Allisa Hindle a motion for entry of default by the Clerk and a motion for default judgment, or show cause as to why such motions would be inappropriate, within fourteen (14) days of the date of this Order. Failure

to respond to this Order may result in dismissal of the Complaint without prejudice and without further notice from this Court.

/s/
George L. Russell, III
United States District Judge