IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Ephriam (Dov) Goldstein, et al.

Plaintiffs

v.                                            Case No.:      1:21-03124-GLR

Alissa Hindle, et al.

Defendants

### NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ALISSA HINDLE

Plaintiffs, by and through their undersigned attorney, hereby dismisses without prejudice their claims as to Defendant, Alissa Hindle.

 2/28/23                                /s/ Robert L. Kline, III
Date                                    Robert L. Kline, III, AIS#8712010325
                                        73 N Main Street
                                        Port Deposit, MD 21904
                                        Telephone:    410 790 2654
                                        E-Mail:klinelawgroupllc@gmail.com
                                        Federal Bar No. 4357


**APPROVED this 1st day of March, 2023.
Defendant Alissa Hindle is hereby
DISMISSED without prejudice from this
matter.**

                /s/
**George L. Russell, III
United State District Judge**