# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

EPHRAIM (DOV) GOLDSTEIN, et al.
Plaintiffs,

v.

KARL HINDLE,
Defendant.

Civil Action No. 1:21-cv-03124

## PLAINTIFFS' MOTION FOR SANCTIONS AND TO STRIKE DEFENDANT'S COUNTERCLAIM FOR NONCOMPLIANCE WITH COURT ORDER (ECF NO. 104)

NOW COME Plaintiffs Ephraim (Dov) Goldstein, Earl Morrissey, and Ronald Layman Jr. ("Plaintiffs"), and respectfully move this Court for sanctions against Defendant Karl Hindle pursuant to Rule 37(b)(2)(A) of the Federal Rules of Civil Procedure for his failure to comply with the Court's Order dated May 23, 2025 (ECF No. 104), which expressly required Defendant to provide full and complete discovery responses to Plaintiffs no later than May 28, 2025.

As of the filing of this motion on May 29, 2025, Defendant has failed to comply with the Court's Order. This failure continues a documented pattern of evasive, incomplete, and obstructive conduct throughout discovery. Defendant was granted multiple opportunities to comply. The Court's May 23 Order was clear and final, yet Defendant once again disregarded it.

Plaintiffs respectfully request that this Court issue sanctions under Rule 37(b), including but not limited to:
1. Striking Defendant's Counterclaim in its entirety;
2. Entering Default Judgment against Defendant as to the Counterclaim;
3. Awarding Plaintiffs their reasonable attorney's fees and costs for bringing this motion; and
4. Granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May, 2025, a copy of the foregoing Motion was served upon Defendant Karl Hindle by email and/or U.S. Mail to his last known address.

Karl Hindle
Defendant, Pro Se
17 Center Trail
Fairfield, PA 17320

Respectfully submitted,

/s/ Ephriam (Dov) Goldstein
Ephriam Goldstein
327 Amad Rd
Frederick, MD 21701
Phone: 301-471-9655
Email: dockbars@gmail.com

**/s/ Earl Morrissey**
**Earl Morrissey**
116 Greenwich Dr
Walkersville, MD, 21793
Phone: 240-285-7131
Email: earl.morrissey@gmail.com

**/s/ Ronald Layman**
**Ronald Layman**
109 Conestoga Ct
Boonsboro, MD 21713
Phone: (301) 668-5110
Email: ron@thefauxschool.com